**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10665 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-00283-CKJ-DTF-1 |
| v. | |
| MANUEL CORNEJO-RODRIGUEZ, a.k.a. MANUEL RODRIGUEZ-CORNEJO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted April 8, 2014[**]
San Francisco, California

Before: BENAVIDES,[***] TALLMAN, and CLIFTON, Circuit Judges.

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]      The Honorable Fortunato P. Benavides, Senior Circuit Judge for the United States Court of Appeals for the Fifth Circuit, sitting by designation.

Manuel Cornejo-Rodriguez ("Rodriguez") appeals from the judgment revoking his supervised release and the sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Rodriguez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.